# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| V. § | CRIMINAL NO. 21-CR-00531-JKP |
| § | |
| VALERIE NICHOLE GARCIA § | |
| Defendant. § | |

## UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE FRED BIERY, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Now comes Defendant, VALERIE NICHOLE GARCIA, by and through her undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearing and in support would show the following:

I.

Defendant's ARRAIGNMENT is set on FEBRUARY 17, 2022 at 4:00 pm.

II.

Undersigned Counsel was recently appointed and needs additional time to prepare and speak with the Defendant.

III.

Undersigned Counsel respectfully requests a short reset for Wednesday, February 23, 2022.

IV.

Undersigned counsel has conferred with Sarah Spears, Assistant United States Attorney, regarding this Motion and Ms. Spears is unopposed.

This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, VALERIE NICHOLE GARCIA respectfully requests this Honorable Court to grant this Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

>Respectfully submitted
>
>ROBBIE L. WARD
>530 LEXINGTON AVE
>San Antonio, TX 78215
>Tel: (210) 758-2200
>
>/s/ ROBBIE WARD
>Robbie Ward
>State Bar No. 24033435
>
>ATTORNEY FOR DEFENDANT,
>VALERIE NICHOLE GARCIA

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Unopposed Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to SARAH SPEARS, Assistant United States Attorney.

SIGNED on this the 16th day of FEBRUARY 2022.

>/s/ Robbie Ward
>ROBBIE WARD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. 21-CR-00531-JKP** |
| | § | |
| **VALERIE NICHOLE GARCIA** | § | |
| **Defendant.** | § | |

On this date came on to be considered Defendant VALERIE NICHOLE GARCIA's Unopposed Motion for Continuance, and said Motion is hereby

GRANTED      DENIED.

SIGNED on this the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE